**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                           CASE NO. 3:95cr03082-01/LAC

LARRY BERNARD SHEPPARD

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   February 2, 2010

Motion/Pleadings: MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC § 3582

Filed by DEFENDANT PRO SE    on 1/12/2010   Doc.# 117

RESPONSES:

None                                   on               Doc.#
                                        on               Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Jerry Marbut*

LC (1 OR 2)                    Deputy Clerk: Jerry Marbut

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 15th day of March, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant was held accountable for 23.4 kilograms of cocaine base at sentencing which resulted in a base offense level of 38. Since the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base, the defendant's base offense level, total offense level and guideline imprisonment range are unchanged. Therefore, the defendant is not eligible for any relief pursuant to Amendments 706, 711 and 715.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*